ACCEPTED
14-15-00277-CR
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
9/7/2015 12:00:00 AM
CHRISTOPHER PRINE
CLERK

**Cause Nos. 14-15-00277-CR**

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
9/8/2015 9:06:00 AM
CHRISTOPHER A. PRINE
Clerk

IN THE FOURTEENTH COURT OF APPEALS

ASTROROID BENTON,  APPELLANT
VS.
THE STATE OF TEXAS, APPELLEE

On Appeal from the 248th Criminal District Court
of Harris County, Texas, Cause Nos. 1412553
Honorable Katherine Cabaniss, Judge Presiding

**MOTION TO WITHDRAW FROM REPRESENTATION**

TO THE HONORABLE JUSTICES OF THE FOURTEENTH COURT OF APPEALS:

Comes now court-appointed appellate counsel, Deborah Summers, and respectfully requests that she be allowed to withdraw from representation on the above referenced appeal and in support would show the Court as follows:

**I**

I have reviewed the appellate record in this cause and have determined that there are no legally cognizable arguments which could conceivably persuade this Court to reverse my client's conviction.  I have attempted to resolve doubts and

ambiguous legal questions in favor of my client and have not been able to locate one issue which is arguable on its merits.

## II

I have provided my client with a copy of my brief in this cause. I have also provided his trial transcript and motion for an extension of time in which to allow Appellant to file a *pro se* brief under the *Anders v. California*, 386 U.S. 738 (1967) procedure. Further, I have informed my client that he has the right to review the appellate record and file a *pro se* brief.

WHEREAS PREMISES CONSIDERED, appellant counsel prays that this Court GRANT this motion and allow counsel to withdraw from representation.

Respectfully submitted,

/s/ Deborah Summers

Deborah Summers
11210 Steeplecrest, # 120
Houston, Texas 77065
State Bar no. 19505600
(281)897-9600
summerspc@sbcglobal.net

Counsel for Appellant